I am here letting you now I am at MCTC in Hagerstown. I dont now where I may go next but I am here for now. I will let you now if it changes again thanks.

James Lease
DOC 496315
SID 2626295
18800 Roxbury RD
Hagerstown MD 21746

FILED ENTERED
RECEIVED
JAN 08 2024
DEPUTY